ROY SAUNDERS v. T. F. BULLA, ALBERT TAYLOR AND JOHN G. PREVETTE.

(Filed 1 November, 1950.)

**Appeal and Error § 31e—**

Where the election sought to be restrained has been held pending the appeal, the appeal will be dismissed.

APPEAL by plaintiff from *Bobbitt, J.,* March Term, 1950, RANDOLPH.

Civil action to enjoin the holding of a beer and wine election and to have said election, if held, declared null and void, heard on motion for temporary restraining order.

The court below denied the motion for a temporary restraining order and plaintiff appealed.

*Ottway Burton for plaintiff appellant.*

*Ferree & Gavin for defendant appellees.*

PER CURIAM.  The election plaintiff seeks to enjoin was held 25 March 1950 and is now an accomplished fact.  Hence the question he seeks to present on this appeal is academic.  For that reason the appeal is dismissed on authority of *Nance v. Winston-Salem,* 229 N.C. 732, 51 S.E. 2d 185, and *Eller v. Wall,* 229 N.C. 359, 49 S.E. 2d 758.

Appeal dismissed.